**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Sergio Gomez Garcia

                                      Plaintiff,

v.                                                     Case No.: 1:23−cv−00580
                                                                Honorable Steven C. Seeger

Ever Green Tree Service & Landscaping, Co., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 18, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The joint motion for court approval of settlement and dismissal of Plaintiff's complaint (Dckt. No. [27]) is hereby granted. The parties reached a settlement in principle during a successful settlement conference before Judge Cummings. Plaintiff brings this case in an individual capacity. Under the settlement, Plaintiff will receive a five−figure settlement. The parties negotiated the settlement at arms−length. Based on its review of the settlement agreement, the Court concludes that the settlement is fair and reasonable. Order to follow. The complaint is dismissed. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.