**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Sergio Gomez Garcia, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:23-cv-00580 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| Ever Green Tree Service & | ) | |
| Landscaping, Co. and | ) | |
| Salvador Tovar, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

This cause coming to be heard before the Court upon the parties' Joint Motion for Approval of Settlement and Dismissal of Plaintiff's Complaint, the Court having considered said Joint Motion for Approval and Dismissal and the attached Settlement Agreement, and being duly advised in the premises now approves the parties' Settlement Agreement and grants the parties' Joint Motion for Approval and Dismissal, and it is ORDERED:

(1) The Court approves the parties' settlement and the Settlement Agreement, including the agreed award of attorneys' fees and costs, as fair, reasonable, and adequate and grants the parties' joint Motion for Approval and Dismissal.

(2) The Court makes no finding as to Defendants' alleged liability, and notes that Defendants have made no admission of liability or any violation of law.

(3) The Court finds that the Settlement Agreement shall be binding on all parties to the Federal Lawsuit and Settlement Agreement.

(4) Each party is to bear their own attorneys' fees, expenses, and costs unless otherwise expressly covered by the parties' Settlement Agreement. Other than set forth in the Settlement Agreement, no further fees or costs are awarded to any party.

(5) Upon entry of this Order Approving Settlement, the releases by Plaintiff as provided in the Agreement shall be effective and in full force and effect and binding on him.

(6) This action is dismissed in its entirety without prejudice. If no motion is filed regarding the Settlement Agreement within 75 days of the entry of this Order, this Order will automatically convert to a dismissal *with prejudice* in 75 days.

Date: October 18, 2023

Steven C. Seeger
United States District Judge